**Dismissed and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-12-01013-CV

**MICHAEL ALDOUS, Appellant**

**V.**

**ERIC BRUSS, SILVIA SANDOVAL, DEBBIE AND DALE O'CONNOR,
Appellees**

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 11-CV-0824**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed October 30, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On November 30, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Jamison, and McCally.